# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 108 - 1, 2, 4 | **DATE** | 2/12/2008 |
| **CASE TITLE** | USA vs. Larry Melvin, Shaun Chaney, Mary Dochee | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendants plead not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 02/19/08. Pretrial motions to be filed by 03/31/08. Responses to the pretrial motions are to be filed by 04/14/08. Status hearing set for 04/29/08 at 9:15 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 04/29/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The Government and defendants agree on conditions of release. Enter Orders Setting Conditions of Release. Defendants are ordered released after processing.     (X-T)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | maw |
|---|---|---|