# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 108 - 1 | **DATE** | 5/15/2008 |
| **CASE TITLE** | USA vs. Larry Melvin | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Larry Melvin. Defendant enters a plea of guilty as to Count I of the Indictment. Judgment of guilty entered. Enter Plea Agreement. Status hearing set for 06/24/08 at 9:30 a.m. As stated on the record, Defendant's personal appearance is waived for 06/24/08 status hearing. Defendant's oral motion to modify his conditions of release is granted without objection as follows: Defendant is given leave to leave the jurisdiction in August 2008 for a family vacation. Prior to leaving, Defendant shall provide his pretrial services officer with a detailed itinerary and any other request information. All other conditions of release are to stand.

Docketing to mail notices.

00:45



| | Courtroom Deputy Initials: | maw |
|---|---|---|