# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

                                     Case No.: 1:08–cr–00108
                                     Honorable Samuel Der–Yeghiayan

Larry Melvin, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan as to Defendants Shaun Chaney and Larry Melvin: Status hearing held and continued to 08/26/08 at 9:00 a.m. to possibly set sentencing dates. Conditions of release previously set as to these Defendants are to stand until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.